The People of the State of New York, Respondent, v. Saro Mugavaro, Indicted as Rosario Mugavaro, Impleaded with Louis Oddo, Indicted as Blackee; Salvatore Lamonica and Rosario Ippolito, Indicted as John Doe and Richard Roe, Appellants.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Cohn, J., dissents with respect to the defendant Saro Mugavaro, and votes to reverse and grant a new trial as to said defendant, upon the ground that participation by him in the commission of the crime of which he was convicted was not established beyond a reasonable doubt.

The People of the State of New York, Respondent, v. Louis Steinberg, Max Steinberg, Harry B. Rutkins, Michael C. E. Thiede, Vincent A. Valentine and Albert F. Heine, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.